```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA
```

GIRSON J. ORTEGA,                :
                                 :
         Petitioner              :     CIVIL NO. 1:16-CV-00552
                                 :
    vs.                          :
                                 :
THE ATTORNEY GENERAL OF          :     (Judge Rambo)
PENNSYLVANIA, et al.,            :
                                 :
         Respondents             :

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Ortega's petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court shall **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

                         s/Sylvia Rambo
                         SYLVIA H. RAMBO
                         United States District Judge

Dated: April 13, 2017